**Order entered January 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00019-CV

### IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00604-2**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relator's petition for writ of mandamus. We request that the real parties in interest, attorney ad litem Trey Bunch, and respondent file their responses, if any, to the petition **by January 24, 2019.**

/s/     AMANDA L. REICHEK
        JUSTICE